UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BROOKS, | Case No. 3:20-cv-00204-MMD-WGC |
| Plaintiff | **ORDER** |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, | |
| Defendant | |

## I.    DISCUSSION

On April 2, 2020, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a notice of complaint.  (ECF No. 1-1).  Plaintiff has not filed a complaint or an application to proceed *in forma pauperis* in this matter.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.  As such, the Court grants Plaintiff until **June 2, 2020** to submit a complaint to this Court.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $400 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court will grant Plaintiff a **one-time** opportunity to file a complaint and a fully complete application to proceed *in forma pauperis* containing all three of the required

1    documents, or in the alternative, pay the full $400 filing fee for this action on or before
2    **June 2, 2020**.  Absent unusual circumstances, the Court will <u>not</u> grant any further
3    extensions of time.  If Plaintiff is unable to file a complaint and a fully complete application
4    to proceed *in forma pauperis* with all three required documents or pay the full $400 filing
5    fee on or before **June 2, 2020**, the Court will dismiss this case <u>without prejudice</u> for
6    Plaintiff to file a new case with the Court when Plaintiff is able to file a complaint and able
7    to acquire all three of the documents needed to file a fully complete application to proceed
8    *in forma pauperis* or pay the full $400 filing fee.  To clarify, a dismissal <u>without prejudice</u>
9    means Plaintiff does not give up the right to refile the case with the Court, under a new
10   case number, when Plaintiff is able to file a complaint and has all three documents needed
11   to submit with an application to proceed *in forma pauperis*.  Alternatively, Plaintiff may
12   choose not to file an application to proceed *in forma pauperis* and instead pay the full
13   filing fee of $400 on or before **June 2, 2020** to proceed with this case.

14   **II.    CONCLUSION**

15         For the foregoing reasons, IT IS ORDERED that Plaintiff will submit a complaint to
16   this Court on or before **June 2, 2020**.

17         IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the
18   approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.  The
19   Clerk of the Court will also send Plaintiff a copy of his notice of complaint.  (ECF No. 1-
20   1).

21         IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the
22   approved form application to proceed *in forma pauperis* by an inmate, as well as the
23   document entitled information and instructions for filing an *in forma pauperis* application.

24         IT IS FURTHER ORDERED that on or before **June 2, 2020**, Plaintiff will either pay
25   the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50
26   administrative fee) or file with the Court:

27         (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this
28         Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint and a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $400 filing fee for a civil action on or before **June 2, 2020**, the Court will dismiss this action without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint and has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $400 filing fee.

DATED:  April 3, 2020

*William G. Cobb*

UNITED STATES MAGISTRATE JUDGE

.

- 3 -